```
                                                    FILED
                                                2007 AUG 30  A 10: 05
1   David M. Arbogast (SBN 167571)
    David@SpiroMoss.com                         RICHARD W. WIEKING
2   Ira Spiro (SBN 67641)                            CLERK
    Ira@SpiroMoss.com                           U.S. DISTRICT COURT
3   SPIRO MOSS BARNESS LLP                      NO. DIST. OF CA. S.J
    11377 W. Olympic Boulevard, Fifth Floor
4   Los Angeles, CA 90064-1683
    Phone: (310) 235-2468; Fax: (310) 235-2456
5
6   Paul R. Kiesel, Esq. (SBN 119854)           Jeffrey K. Berns, Esq. (SBN 131351)
    kiesel@kbla.com                             jberns@jeffbernslaw.com
7   Patrick DeBlase, Esq. (SBN 167138)          LAW OFFICES OF JEFFREY K. BERNS
    deblase@kbla.com                            19510 Ventura Boulevard, Suite 200
8   Michael C. Eyerly, Esq. (SBN 178693)        Tarzana, California 91356
    eyerly@kbla.com                             Phone: (818) 961-2000; Fax: (818) 867-4820
9   KIESEL BOUCHER LARSON LLP
    8648 Wilshire Boulevard
10  Beverly Hills, California 90211
    Phone: (310) 854-4444; Fax: (310) 854-0812
11
    Attorneys for Plaintiff and all others Similarly Situated
12
13
                        UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
15                              C07  04491     RS
16
17  BERTHA ROMERO, individually and on  )   CASE NO. _____
    behalf of all others similarly situated, )
18                                      )
                    Plaintiff,          )   CLASS ACTION
19                                      )
            v.                          )   CERTIFICATION OF INTERESTED
20                                      )   ENTITIES OR PERSONS
                                        )
21  FIRST MAGNUS FINANCIAL              )
    CORPORATION and DOES 1 through 10   )
22  inclusive,                          )
                                        )
23                  Defendants.         )
                                        )   Complaint Filed: August__, 2007
24                                      )
                                        )
25  _____)
26
27
28

    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
```

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other entities
3  (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)
4  have a non-financial interest in that subject matter or in a party that could be substantially affected by the
5  outcome of this proceeding:
6  In addition to the named parties: Members of the proposed class or classes of FIRST MAGNUS
7  FINANCIAL CORPORATION customers who received an ARM or adjustable rate mortgage, whose
8  identities are as yet unknown.
9  DATED: August __, 2007            SPIRO MOSS BARNESS LLP

11                                    By: _____
12                                        David M. Arbogast, Esq.
                                          11377 W. Olympic Boulevard, Fifth Floor
                                          Los Angeles, CA 90064-1683
13                                        Phone: (310) 235-2468; Fax: (310) 235-2456

14                                        Paul R. Kiesel, Esq.
                                          Patrick Deblase, Esq.
15                                        Michael C. Eyerly, Esq.
                                          **KIESEL BOUCHER LARSON LLP**
16                                        8648 Wilshire Boulevard
                                          Beverly Hills, California 90210
17                                        Phone: (310) 854-4444; Fax: (310) 854-0812

18                                        Jeffrey K. Berns, Esq.
                                          **LAW OFFICES OF JEFFREY K. BERNS**
19                                        19510 Ventura Blvd, Suite 200
                                          Tarzana, California 91356
20                                        Phone: (818) 961-2000; Fax: (818) 867-4820

21                                        Attorneys for Plaintiff and all others Similarly
                                          Situated

-2-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS