1 | David M. Arbogast (SBN 167571)
David@SpiroMoss.com
2 | Ira Spiro (SBN 67641)
Ira@SpiroMoss.com
3 | **SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
4 | Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| BERTHA ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MAGNUS FINANCIAL CORPORATION and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04491 RS**<br><br>Judge: Hon. Richard Seeborg<br>Ctrm: 4<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Complaint Filed: August 30, 2007<br>Trial Date: Not set yet |

NOTICE OF ASSOCIATION OF COUNSEL - C-07-04491 RS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jonathan Shub (CA State Bar No. 237708) of Seeger Weiss LLP, 1515 Market Street, Suite 1380, Philadelphia, PA 19102, Telephone: (215) 564-2300; Facsimile: (215) 851-8029 is hereby associated with counsel for Plaintiff, BERTHA ROMERO, individually and on behalf of all others similarly situated, in this matter.

DATED: December 4, 2007            SPIRO MOSS BARNESS LLP


By:      **/S/**
         David M. Arbogast, Esq.
         11377 W. Olympic Boulevard, Fifth Floor
         Los Angeles, CA 90064-1683
         Phone: (310) 235-2468; Fax: (310) 235-2456

         Paul R. Kiesel, Esq.
         Patrick Deblase, Esq.
         Michael C. Eyerly, Esq.
         KIESEL BOUCHER LARSON LLP
         8648 Wilshire Boulevard
         Beverly Hills, California 90210
         Phone: (310) 854-4444; Fax: (310) 854-0812

         Jonathan Shub (SBN 237708)
         SEEGER WEISS LLP
         1515 Market Street, Suite 1380
         Philadelphia, PA 19107
         Phone: (215) 564-2300; Fax (215) 851-8029

         Jeffrey K. Berns, Esq.
         LAW OFFICES OF JEFFREY K. BERNS
         19510 Ventura Blvd, Suite 200
         Tarzana, California 91356
         Phone: (818) 961-2000; Fax: (818) 867-4820

         Attorneys for Plaintiff and all others Similarly Situated

---

-2-

NOTICE OF ASSOCIATION OF COUNSEL - C-07-04491 RS