David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Ira Spiro (SBN 67641)
Ira@SpiroMoss.com
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BERTHA ROMERO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST MAGNUS FINANCIAL CORPORATION and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | **CASE NO. C-07-04491 RS**<br><br>Judge: Hon. Richard Seeborg<br>Ctrm:   4<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF BANKRUPTCY FILING OF DEFENDANT FIRST MAGNUS FINANCIAL CORPORATION**<br><br>Complaint Filed: August 30, 2007<br>Trial Date: Not set yet |

NOTICE OF BANKRUPTCY FILING - C-07-04491 RS

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that plaintiff has been informed that Defendant First Magnus Financial Corporation has filed for Bankruptcy under Chapter 11, *In Re First Magnus Financial Corporation*, United States District Court, Arizona, Case No. 04:07-bk-01578.

DATED: December 10, 2007                SPIRO MOSS BARNESS LLP


By:     **/S/**
        David M. Arbogast, Esq.
        11377 W. Olympic Boulevard, Fifth Floor
        Los Angeles, CA 90064-1683
        Phone: (310) 235-2468; Fax: (310) 235-2456

        Paul R. Kiesel, Esq.
        Patrick Deblase, Esq.
        Michael C. Eyerly, Esq.
        KIESEL BOUCHER LARSON LLP
        8648 Wilshire Boulevard
        Beverly Hills, California 90210
        Phone: (310) 854-4444; Fax: (310) 854-0812

        Jonathan Shub (SBN 237708)
        SEEGER WEISS LLP
        1515 Market Street, Suite 1380
        Philadelphia, PA 19107
        Phone: (215) 564-2300; Fax (215) 851-8029

        Jeffrey K. Berns, Esq.
        LAW OFFICES OF JEFFREY K. BERNS
        19510 Ventura Blvd, Suite 200
        Tarzana, California 91356
        Phone: (818) 961-2000; Fax: (818) 867-4820

        Attorneys for Plaintiff and all others Similarly Situated

**PROOF OF SERVICE**
*BERTHA ROMERO v. FIRST MAGNUS*
**CASE NO. C-07-04491 RS**

I am over the age of eighteen years and not a party to the within action. My business address is 11377 W. Olympic Blvd., 5th Floor, Los Angeles, CA 90064-1683. I am employed at that address at the firm of Spiro Moss Barness LLP.

On the date set forth below I served the document(s) described as **NOTICE OF BANKRUPTCY FILING OF DEFENDANT FIRST MAGNUS FINANCIAL CORPORATION** on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Spiro Moss Barness LLP:

| | |
|---|---|
| John R. Clemency | James P.S. Leshaw |
| Todd A. Burgess | Daniel Gold |
| GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
| 2375 East Camelback Road, Suite 700 | 1221 Brickell Avenue |
| Phoenix, AZ 85016 | Miami, Florida 33131 |
| T: 602-263-2300 | T: 305-579-0500 |
| F: 602-263-2350 | F: 305-579-0717 |

[✔] **BY MAIL**: On the date set forth below I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Los Angeles County, California. The envelope(s) was/were deposited with postage thereon fully prepaid.

[✔] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles County, California, on December 10, 2007.

　　　　　　　　　　　**/S/**
　　　　　　　　　　　Emily Moss