David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

Attorneys for Plaintiff and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BERTHA ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MAGNUS FINANCIAL CORPORATION and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C-O7-04491 RS<br><br>**SUBSTITUTION OF ATTORNEY** |

SUBSTITUTION OF ATTORNEY
C-07-04491 RS

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF REOCRD:

**PLEASE TAKE NOTICE** that Plaintiff, BERTHA ROMERO, requests the following substitution:

**Former Legal Representative**

Ira Spiro, (SBN 67641)
SPIRO MOSS BARNESS LLP
11377 West Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel.: (310) 235-2468
Fax: (310) 235-2456

**New Legal Counsel**

Jeffrey K. Berns (SBN 131351)
David Arbogast (SBN 167571)
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Los Angeles, California 91356
Tel.: (818) 961-2000
Fax: (818) 867-4820

I CONSENT TO THIS SUBSTITUTION.

DATED: July 2, 2008            /s/    BERTHA ROMERO

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

DATED: July 2, 2008            /s/ Ira Spiro
                               SPIRO MOSS BARNESS LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEY)

DATED: July 2, 2008            ARBOGAST & BERNS LLP


                               By:___/s/_____
                                   JEFFREY K. BERNS
                               19510 Ventura Boulevard, Suite 200
                               Tarzana, CA 91356
                               Tel.: (818) 961-2000; Fax: (818) 867-4820

SUBSTITUTION OF ATTORNEY
C-07-04491 RS