1  David M. Arbogast (SBN 167571)
   darbogast@law111.com
2  Jeffrey K. Berns (SBN 131351)
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, CA 91356
   Phone: (818) 961-2000
5  Fax: (818) 867-4820

6  Paul R. Kiesel (SBN 119854)
   kiesel@kbla.com
7  Patrick DeBlase (SBN 167138)
   deblase@kbla.com
8  Michael C. Eyerly (SBN 178693)
   eyerly@kbla.com
9  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Blvd.
10 Beverly Hills, CA 90211
   Phone: (310) 854-4444
11 Fax: (310) 854-0812

12 Attorneys for Plaintiff and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BERTHA ROMERO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>FIRST MAGNUS FINANCIAL CORPORATION and DOES 1 through 10 inclusive,<br><br>          Defendants. | CASE NO. C-O7-04491 RS<br><br>**NOTICE OF FIRM AND ADDRESS CHANGE** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, David M. Arbogast, Esq. will be associated with the law offices of Arbogast & Berns LLP located at 19510 Ventura Boulevard, Suite 200, Tarzana, California 91356, Telephone (818) 961-2000 and Fax (818) 867-4820.

DATED: July 2, 2008

**ARBOGAST & BERNS LLP**

By: /s/ Jeffrey K. Berns
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
David M. Arbogast (SBN 167571)
darbogast@law111.com
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

*Attorneys for Plaintiff*

NOTICE OF FIRM AND ADDRESS CHANGE
C-07-04491 RS