Clerk's Use Only

Initial for fee pd.:

REBECCA TINGEY
rtingey@dreierllp.com
DREIER LLP
499 Park Avenue
New York, NY 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FILED
2008 JUL 14 10: 48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

BERTHA ROMERO, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

FIRST MAGNUS FINANCIAL CORPORATION and DOES 1 through 10 inclusive,

Defendant(s).

CASE NO. C-07-04491 RS

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, REBECCA TINGEY, an active member in good standing of the bar of New York State, SDNY and EDNY, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jeffrey K. Berns, ARBOGAST & BERNS LLP, 19510 Ventura Blvd., Ste. 200, Tarzana, CA 91356; Telephone: (818) 961-2000; Facsimile: (818) 867-4820

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2008

REBECCA TINGEY