RECEIVED
2008 JUL 14 AM 10:48
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
Northern District of California

BERTHA ROMERO, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

FIRST MAGNUS FINANCIAL CORPORATION and DOES 1 through 10 inclusive,

Defendant(s).

CASE NO. C-07-04491 RS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

REBECCA TINGEY, an active member in good standing of the bar of New York State, EDNY and SDNY whose business address and telephone number (particular court to which applicant is admitted) is DREIER LLP, 499 Park Avenue, New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July ___, 2008

_____
United States Magistrate Judge
Richard Seeborg