LEE A. WEISS
lweiss@dreierllp.com
DREIER LLP
499 Park Avenue
New York, NY 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

**FILED**
2008 JUL 14  A 10: 47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Clerk's Use Only
for fee pd.:

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BERTHA ROMERO, individually and on behalf of all others similarly situated,

      Plaintiff(s),

v.

FIRST MAGNUS FINANCIAL CORPORATION and DOES 1 through 10 inclusive,

      Defendant(s).

CASE NO. C-07-04491 RS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, LEE A. WEISS, an active member in good standing of the bar of See Schedule A, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jeffrey K. Berns, ARBOGAST & BERNS LLP, 19510 Ventura Blvd., Ste. 200, Tarzana, CA 91356; Telephone: (818) 961-2000; Facsimile: (818) 867-4820

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2008

                                              LEE A. WEISS

## SCHEDULE A

Lee A. Weiss
Bar Admissions

| Title of Court | Date of Admission |
|---|---|
| State of New York | 02/19/1992 |
| United States District Court Southern District of New York | 03/02/1993 |
| United States District Court Eastern District of New York | 02/03/1993 |
| United States Court of Appeals for the Eleventh Judicial Circuit | 10/27/2003 |
| United States Court of Appeals for the Fourth Judicial Circuit | 08/08/2003 |
| United States Court of Appeals for the Third Judicial Circuit | 06/01/2007 |