UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERTHA ROMERO, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

FIRST MAGNUS FINANCIAL CORPORATION and DOES 1 through 10 inclusive,

    Defendant(s).

No. C V-07-4491-RS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 16, 2008

Signature _____

Counsel for Plaintiff Bertha Romero _____
(Plaintiff, Defendant, or indicate "pro se")