# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

BERTHA ROMERO,

        Plaintiff,

  v.

FIRST MAGNUS FINANCIAL
CORPORATION et al,

        Defendant.

_____/

Case Number: CV07-04491 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Shub
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19107

Dated: July 24, 2008

Richard W. Wieking, Clerk
By: Tiffany Salinas-Harwell, Deputy Clerk