| | |
|---|---|
| David M. Arbogast (SBN 167571) | Lee A. Weiss (admitted *pro hac vice*) |
| darbogast@law111.com | lweiss@dreierllp.com |
| Jeffrey K. Berns (SBN 131351) | Rebecca Tingey (admitted *pro hac vice*) |
| jberns@law111.com | rtingey@dreierllp.com |
| **ARBOGAST & BERNS LLP** | **DREIER LLP** |
| 19510 Ventura Boulevard, Suite 200 | 499 Park Avenue |
| Tarzana, CA 91356 | New York, NY 10022 |
| Phone: (818) 961-2000 | Phone: (212) 328-6100 |
| Fax: (818) 867-4820 | Fax: (212) 328-6101 |

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

Attorneys for Plaintiff and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BERTHA ROMERO, individually and on behalf of all others similarly situated, | CASE NO. C-O7-04491 JW |
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASE** |
| FIRST MAGNUS FINANCIAL CORPORATION and DOES 1 through 10 inclusive, | |
| Defendants. | Complaint Filed: August 30, 2007<br>Trial Date: Not yet set |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 3-12, Plaintiff Bertha Romero, by her counsel, hereby states that this action is related to *Mandrigues v. World Savings, Inc., et al.*, No. C-07-04497-JF, *Amparan v. Plaza Home Mortgage, et al.*, No. C-07-04498-JF, and *Brooks v. ComUnity Lending, Inc., et al.*, C-07-04501-JF. All of these cases are assigned to the Honorable Jeremy Fogel. *Mandrigues v. World Savings, Inc., et al.,* which was filed on August 29, 2007, is the first filed of these related cases.

In this action, as well as in the aforementioned cases, Plaintiff seeks to enforce her and the putative class members' rights under the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*; California's Unfair Competition Law, Bus. & Prof. Code § 17200, *et seq.*; and other statutory and common law in effect, in connection with Option Adjustable Rate Mortgages sold to Plaintiffs by Defendants. The events on which Plaintiffs' claims are based are virtually identical in all four actions, as are the legal claims asserted in the actions.

As a result, the two cases call for the determination of the same or substantially identical questions of law and fact, and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." L.R. 3-12(a)(2).

L.R. 3-12-(c) provides, in relevant part, "[w]henever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related." Accordingly, Plaintiff respectfully requests that the Court refer this case to Judge Fogel to consider whether the cases are related.

| | |
|---|---|
| DATED:   July 22, 2008 | **DREIER LLP** |
| | By: /s/ Lee A. Weiss |
| | Lee A. Weiss (admitted *pro hac vice*) |
| | lweiss@dreierllp.com |
| | Rebecca Tingey (admitted *pro hac vice*) |
| | rtingey@dreierllp.com |
| | 499 Park Avenue |
| | New York, NY 10022 |
| | Phone: (212) 328-6100 |
| | Fax: (212) 328-6101 |
| | |
| | **ARBOGAST & BERNS LLP** |
| | Jeffrey K. Berns (SBN 131351) |
| | jberns@law111.com |
| | David M. Arbogast (SBN 167571) |
| | darbogast@law111.com |
| | 19510 Ventura Boulevard, Suite 200 |
| | Tarzana, CA 91356 |
| | Phone: (818) 961-2000 |
| | Fax: (818) 867-4820 |
| | |
| | **KIESEL BOUCHER LARSON LLP** |
| | Paul R. Kiesel (SBN 119854) |
| | kiesel@kbla.com |
| | Patrick DeBlase (SBN 167138) |
| | deblase@kbla.com |
| | Michael C. Eyerly (SBN 178693) |
| | eyerly@kbla.com |
| | 8648 Wilshire Blvd. |
| | Beverly Hills, CA 90211 |
| | Phone: (310) 854-4444 |
| | Fax: (310) 854-0812 |
| | |
| | *Attorneys for Plaintiff* |

- 2 -

NOTICE OF RELATED CASE
C-07-04491 JW