Brooks R. Brown (SBN 250724)
bbrown@goodwinprocter.com
**GOODWIN PROCTER LLP**
10250 Constellation Boulevard, 21st floor
Los Angeles, CA  90067
Telephone:  310.788.5100
Facsimile:  310.286.0992

Robert B. Bader (SBN: 233165)
rbader@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

*Attorneys for Defendants:*
*Countrywide Bank, N.A. and Countrywide Home Loans, Inc.*

IT IS SO ORDERED AS MODIFIED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERTHA ROMERO, JAMES RUIZ, MARGARITA CASTRO, TERESA AGUILERA, GILBERT GOMEZ, and EDWARD TENORIO and DONNA TENORIO individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE BANK, N.A., COUNTRYWIDE HOME LOANS, INC., HOMECOMINGS FINANCIAL LLC, WASHINGTON MUTUAL BANK, AURORA LOAN SERVICES and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. C-07-04491 JW RS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS COUNTRYWIDE BANK, N.A., COUNTRYWIDE HOME LOANS, INC., HOMECOMINGS FINANCIAL, LLC, AND AURORA LOAN SERVICES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge:     Hon. James Ware |

For good cause shown, the Court approves the parties' Stipulation to permit the Defendants named above to file their responses to the Second Amended Complaint on or before **January 16, 2009.**  The Court also DENIES Plaintiffs' motion to continue the November 24, 2008 conference (docket item no. 28) as moot since the Court's November 13, 2008 Order (docket item no. 26) continued the conference to **December 22, 2008 at 10 a.m.**

Dated:  December 12, 2008

_____
JAMES WARE
United States District Judge