IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bertha Romero, et al., | No. C 07-04491 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| First Magnus Financial Corp., et al., | |
| Defendants. | |

In light of the parties' representations in their Joint Case Management Conference and the pending Motion by the FDIC to Substitute in as a real party in interest for Defendant Washington Mutual Bank, the Court VACATES the Case Management Conference currently set for December 22, 2008. The Court will set a new conference date in its Order addressing the pending motion.

Dated: December 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brooks Russell Brown bbrown@goodwinprocter.com
David M. Arbogast darbogast@law111.com
Jeffrey K Berns jberns@law111.com
Kevin E Cadwell kevin.cadwell@bakerbotts.com
Lee  Weiss lweiss@dreierllp.com
Michael C Eyerly eyerly@kbla.com
Patrick  DeBlase deblase@kbla.com
Paul R. Kiesel Kiesel@kbla.com
Rebecca  Tingey rtingey@dreierllp.com
Robert  Bader rbader@goodwinprocter.com

**Dated:  December 18, 2008**                                   **Richard W. Wieking, Clerk**

                                                                    **By:  /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**