\*\*E-Filed __/__/__\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERTHA ROMERO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MAGNUS FINANCIAL CORP.,<br><br>Defendant. | Case Number C 07-4491 JW<br><br>**ORDER RELATING CASES** |

The Court finds that the above-captioned matter is related to the following actions:

> Amparan v. Plaza Home Mortgage, et al., C 07-4498 JF
> Brooks v. Community Lending, Inc., et al., C 07-4501 JF
> Mandrigues v. World Savings Bank FSB, et al., C 07-4497

The above-captioned matter shall be assigned to the undersigned judge, and shall be referred to hereinafter as "C 07-4491 JF."

DATED: 12/10/08

JEREMY FOGEL
United States District Judge

Case No. C 08-1317 JF (HRL)
JUDGMENT
(JFLC3)