1  Lee A. Weiss (admitted *pro hac vice*)
   lweiss@bwgfirm.com
2  Rebecca Tingey (admitted *pro hac vice*)
   rtingey@bwgfirm.com
3  **BROWNE WOODS GEORGE LLP**
   49 West 37th Street, 15th Floor
4  New York, New York 10018
   Telephone:  212.354.4901
5  Facsimile:  212.354.4904

6  David M. Arbogast (SBN 167571)
   darbogast@law111.com
7  Jeffrey K. Berns (SBN 131351)
   jberns@law111.com
8  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
9  Tarzana, California 91356
   Telephone: 818.961.2000
10 Facsimile: 818.867.4820

11 Attorneys for Plaintiffs and all others similarly situated

12
                    UNITED STATES DISTRICT COURT
13
            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
14

15
   | BERTHA ROMERO, JAMES RUIZ, MARGARITA CASTRO, TERESA AGUILERA, GILBERT GOMEZ, and EDWARD TENORIO and DONNA TENORIO individually and on behalf of all others similarly situated, | **CASE NO. C-07-04491 JF** |
   |---|---|
   | | [*Hon. Jeremy Fogel*] |
   | Plaintiffs, | |
   | vs. | **SUBSTITUTION OF ATTORNEYS** |
   | COUNTRYWIDE BANK, N.A., COUNTRYWIDE HOME LOANS, INC., HOMECOMINGS FINANCIAL LLC, WASHINGTON MUTUAL BANK, AURORA LOAN SERVICES, and DOES 6 through 10 inclusive, | Complaint Filed:  August 30, 2007<br>Trial Date:  Not set yet |
   | Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Bertha Romero, James Ruiz, Margarita Castro, Teresa Aguilera, Gilbert Gomez, and Edward Tenorio and Donna Tenorio request the following substitution:

**Former legal representatives:**
Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: 310.854.4444
Facsimile: 310.854.0812

**New legal representatives:**
Jeffrey K. Berns (SBN 131351)
David M. Arbogast (SBN 167571)
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Telephone: 818.961.2000
Facsimile: 818.867.4820

The parties requesting substitution are Plaintiffs Bertha Romero, James Ruiz, Margarita Castro, Teresa Aguilera, Gilbert Gomez and Edward Tenorio and Donna Tenorio.

**WE CONSENT TO THIS SUBSTITUTION**:

Dated: March 5, 2009     */s/ Bertha Romero*
                         Plaintiff BERTHA ROMERO

Dated: March 5, 2009     */s/ James Ruiz*
                         Plaintiff JAMES RUIZ

Dated: March 5, 2009     */s/ Margarita Castro*
                         Plaintiff MARGARITA CASTRO

Dated: March 5, 2009     */s/ Teresa Aguilera*
                         Plaintiff TERESA AGUILERA

Dated: March 5, 2009     */s/ Gilbert Gomez*
                         Plaintiff GILBERT GOMEZ

Dated: March 5, 2009     */s/ Edward Tenorio*
                         Plaintiff EDWARD TENORIO

Dated: March 5, 2009     */s/ Donna Tenorio*
                         Plaintiff DONNA TENORIO

**I CONSENT TO THIS SUBSTITUTION (FORMER ATTORNEY):**

Dated: March 5, 2009                          /s/ Paul Kiesel
                                              Paul Kiesel
                                              KIESEL BOUCHER LARSON LLP

Dated: March 5, 2009                          /s/ Michael Eyerly
                                              Michael Eyerly
                                              KIESEL BOUCHER LARSON LLP

Dated: March 5, 2009                          /s/ Patrick DeBlase
                                              Patrick DeBlase
                                              KIESEL BOUCHER LARSON LLP


**I CONSENT TO THIS SUBSTITUTION (NEW ATTORNEYS):**

Dated: March 5, 2009                          /s/ Jeffrey K. Berns
                                              David M. Arbogast (SBN 167571)
                                              darbogast@law111.com
                                              Jeffrey K. Berns (SBN 131351)
                                              jberns@law111.com
                                              **ARBOGAST & BERNS LLP**
                                              19510 Ventura Boulevard, Suite 200
                                              Tarzana, California 91356
                                              Telephone: 818.961.2000
                                              Facsimile: 818.867.4820

                                              Lee A. Weiss (admitted *pro hac vice*)
                                              lweiss@bwgfirm.com
                                              Rebecca Tingey (admitted *pro hac vice*)
                                              rtingey@bwgfirm.com
                                              **BROWNE WOODS GEORGE LLP**
                                              49 West 37th Street, 15th Floor
                                              New York, New York 10018
                                              Telephone:  212.354.4901
                                              Facsimile:  212.354.4904

                                              Attorneys for Plaintiffs Bertha Romero,
                                              James Ruiz, Margarita Castro, Teresa
                                              Aguilera, Gilbert Gomez, and Edward
                                              Tenorio and Donna Tenorio, and all others
                                              similarly situated

**~~[PROPOSED]~~ ORDER**

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is hereby granted.

**IT IS SO ORDERED**

Dated: March 6, 2009

Hon. Jeremy Fogel
District Court Judge