1   Lee A. Weiss (admitted *pro hac vice*)
    lweiss@bwgfirm.com
2   Rebecca Tingey (admitted *pro hac vice*)
    rtingey@bwgfirm.com
3   **BROWNE WOODS GEORGE LLP**
    49 West 37th Street, 15th Floor
4   New York, New York 10018
    Telephone:  212.354.4901
5   Facsimile:  212.354.4904

6   David M. Arbogast (SBN 167571)
    darbogast@law111.com
7   Jeffrey K. Berns (SBN 131351)
    jberns@law111.com
8   **ARBOGAST & BERNS LLP**
    19510 Ventura Boulevard, Suite 200
9   Tarzana, California 91356
    Telephone: 818.961.2000
10  Facsimile: 818.654.5988

11  [*additional counsel listed on signature page*]
    Attorneys for Plaintiffs and all others similarly situated

**\*\*E-Filed 12/16/2009\*\***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BERTHA ROMERO, JAMES RUIZ, MARGARITA CASTRO, TERESA AGUILERA, GILBERT GOMEZ, and EDWARD TENORIO and DONNA TENORIO individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE BANK, N.A., COUNTRYWIDE HOME LOANS, INC., and DOES 7 through 10 inclusive, <br><br> Defendants. | **CASE NO. C-O7-04491 JF** <br><br> ~~[PROPOSED ]~~ **ORDER RE CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT** <br><br> **Current hearing date:** January 8, 2010 <br> **New hearing date:** January 29, 2010 <br> **Hearing Time:** 9:00 a.m. <br> **Location:** Courtroom 3, 5th Floor <br> **Judge:** Hon. Jeremy Fogel |

1   Having read the Joint Stipulation re Continuing Hearing on Defendants' Motion to Dismiss
2   Third Amended Complaint, and good cause appearing therefore,
3   IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss is continued
4   to January 29, 2010 at 9:00 a.m.
5   IT IS SO ORDERED.

Dated:  December  16 , 2009



HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
C-07-04491 JF