**E-Filed 7/15/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BERTHA ROMERO, JAMES RUIZ, MARGARITA CASTRO, TERESA AGUILERA, GILBERT GOMEZ, and EDWARD TENORIO and DONNA TENORIO individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE BANK, N.A., COUNTRYWIDE HOME LOANS, INC., and DOES 7 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-O7-04491 JF**<br><br>Hon. Jeremy Fogel<br><br>[~~PROPOSED~~] **ORDER GRANTING PERMISSION TO FILE STATEMENT OF RECENT NINTH CIRCUIT DECISION -** *Shroyer v. New Cingular Wireless Services, Inc.*, **606 F.3d 658 (9th Cir. 2010)**<br><br>Complaint filed: August 30, 2007<br>Trial date: Not set yet |

BROWNE WOODS GEORGE LLP, 49 WEST 37TH STREET, 15TH FLOOR, NEW YORK, NY 10018

Having duly considered the papers submitted by counsel with respect to Plaintiffs' Request to File Statement of Recent Ninth Circuit Decision, and good cause appearing therefore, this Court hereby GRANTS Plaintiffs' request.

**IT IS SO ORDERED.**

Dated: __7-15-2010__, 2010        _____
                                    Hon. Jeremy Fogel
                                    United States District Judge