| | |
|---|---|
| Brooks R. Brown (SBN 250724)<br>*bbrown@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>10250 Constellation Boulevard, 21st Floor<br>Los Angeles, CA 90067<br>Telephone: 310.788.5100<br>Facsimile: 310.286.0992 | **E-Filed 12/8/2010** |

Robert B. Bader (SBN: 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BERTHA ROMERO; JAMES RUIZ; MARGARITA CASTRO; TERESA AGUILERA; GILBERT GOMEZ; and EDWARD TENORIO and DONNA TENORIO individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE BANK, N.A.; COUNTRYWIDE HOME LOANS, INC.; and Does 7 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04491 JF RS<br>**ORDER APPROVING STIPULATION EXTENDING THE COUNTRYWIDE DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOURTH AMENDED COMPLAINT AND CONTINUING THE HEARING ON THE MOTION**<br><br>Judge:  Hon. Jeremy Fogel<br><br>Current Reply Date:  December 3, 2010<br><br>Proposed Reply Date:  December 10, 2010<br><br>Current Hearing Date:  December 17, 2010<br><br>Proposed Hearing Date:  January 7, 2011 |

**STIPULATION EXTENDING TIME FOR THE COUNTRYWIDE DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOURTH AMENDED COMPLAINT AND CONTINUING THE HEARING ON THE MOTION**

Pursuant to Local Rule 6-1(a), plaintiffs Bertha Romero ("Romero"), James Ruiz ("Ruiz"), Margarita Castro ("Castro"), Teresa Aguilera ("Aguilera"), Gilbert Gomez ("Gomez"), and Edward Tenorio and Donna Tenorio ("Tenorio") (collectively, "Plaintiffs"), and defendants named as "Countrywide Bank, N.A." ("Countrywide Bank") and "Countrywide Home Loans, Inc." ("CHL") (collectively, the "Countrywide Defendants") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on October 2, 2010, the Countrywide Defendants filed a Motion to Dismiss Plaintiffs' Fourth Amended Complaint ("Motion");

WHEREAS, on November 24, 2010, Plaintiffs filed an Opposition to the Motion;

WHEREAS, the Motion currently is scheduled for hearing on December 17, 2010;

WHEREAS, pursuant to Local Rule 7-3(c), the Countrywide Defendants' Reply currently is due on or before December 3, 2010;

WHEREAS, as a result of scheduling conflicts arising from the intervening Thanksgiving holiday and other deadlines affecting the Countrywide Defendants' counsel during the week of November 29, 2010, the Countrywide Defendants' counsel requested, and Plaintiff's counsel agreed to, a brief one week extension of the deadline for the Countrywide Defendants' to file their Reply up to and including December 10, 2010;

WHEREAS, in order to effectuate the agreed-to extension of time for the Countrywide Defendants' Reply, the Parties have agreed to continue the hearing on the Motion to January 7, 2011 – the first hearing date available after December 17, 2010;

WHEREAS, no prior continuances of the hearing date on the Motion have been sought;

WHEREAS, no trial date has been set;

WHEREAS, no party will be prejudiced by the stipulated-to extension; and

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

- 1 -

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs,
2 by their undersigned counsel, and the Countrywide Defendants, by their undersigned counsel, that
3 the Countrywide Defendants' Reply shall be filed on or before December 10, 2010 and the hearing
4 on the Countrywide Defendants' Motion shall be continued to January 7, 2011 at 9:00 a.m.

Respectfully submitted,

Dated: November 30, 2010                /s/ Robert B. Bader
                                        Brooks R. Brown
                                        GOODWIN PROCTER LLP
                                        10250 Constellation Boulevard, 21st floor
                                        Los Angeles, CA  90067

                                        Robert B. Bader
                                        GOODWIN PROCTER LLP
                                        Three Embarcadero Center, 24th Floor
                                        San Francisco, CA 94111

                                        *Attorneys for Defendants*

Dated: November 30, 2010                /s/ Lee A. Weiss
                                        Lee A. Weiss (admitted *pro hac vice*)
                                        lweiss@bwgfirm.com
                                        BROWNE WOODS GEORGE LLP
                                        1 Liberty Plaza, Suite 2329
                                        New York, NY 10006

                                        *Attorneys for Plaintiffs*


Dated:  12/8/2010                       _____
                                        JEREMY FOGEL
                                        United States District Judge

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: November 30, 2010                    GOODWIN PROCTER LLP


                                            By: /s/ Robert B. Bader

                                            *Attorneys for Defendants*

1 **PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 30, 2010.

/s/ Robert B. Bader
Robert B. Bader