Lee A. Weiss (admitted *pro hac vice*)
lweiss@bernsweiss.com
BERNS WEISS LLP
626 RXR Plaza
Uniondale, NY 11556
Telephone:  (516) 222-2900
Facsimile:   (818) 936-0232

-and-

Jeffrey K. Berns (SBN 131351)
jberns@law111.com
BERNS WEISS LLP
20700 Ventura Boulevard, Suite 140
Woodland Hills, CA 91364
Telephone:  (818) 961-2000
Facsimile:   (818) 936-0232

David M. Arbogast (SBN 167571)
david@arbogastbowen.com
ARBOGAST BOWEN LLP
11400 W. Olympic Boulevard, 2nd Floor
Los Angeles, CA 90064
Telephone:  (310) 477-7200
Facsimile:   (310) 943-2309

*Attorneys for Plaintiffs*
[*additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BERTHA ROMERO, JAMES RUIZ, MARGARITA CASTRO, TERESA AGUILERA, GILBERT GOMEZ, and EDWARD TENORIO and DONNA TENORIO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., and DOES 7 through 10 inclusive,<br><br>Defendants. | CASE NO. C 07-04491 EJD<br><br>[PROPOSED] **ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed: August 30, 2007<br>Trial Date: Not set yet<br><br>Judge: Hon. Edward J. Davila |

---

[Proposed] ORDER Granting
Stipulation of Dismissal Without Prejudice

Case No. C 07-04491 EJD

Pursuant to Federal Rule of Civil Procedure 41(a), and upon consideration of the Stipulation of Dismissal without Prejudice filed by Plaintiffs Bertha Romero, James Ruiz, Margarita Castro, Teresa Aguilera, Gilbert Gomez, and Edward Tenorio and Donna Tenorio and Defendant Countrywide Home Loans, Inc., this action is hereby dismissed without prejudice, without costs or attorney's fees as to any party and with each party waiving any right to appeal.

**IT IS SO ORDERED.**

Dated: __April 27_____, 2012    _____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

## **PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 27, 2012.

/s/ Albert G. Lum
Albert G. Lum